

**ORDERED in the Southern District of Florida on March 31, 2010.**

                                                    **Raymond B. Ray, Judge**
                                                    **United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.          Case No. 09-34791-BKC-RBR
                                                                              Chapter 11
     Debtor.
_____/

HERBERT STETTIN, Chapter 11 Trustee,
                                                                              Adv. Pro. No. 09-2549-BKC-RBR-A
     Plaintiff,
v.

STEVEN N. LIPPMAN and MARCY
LIPPMAN,

     Defendants.
_____/

### ORDER REGARDING DEFENDANTS' EMERGENCY
### MOTION FOR PROTECTIVE ORDER

THIS CAUSE came before the Court on Defendants' Emergency Motion for Protective Order (D.E. 33), the motion being on an expedited basis on March 29, 2010. The Court has reviewed the Defendants' motion and the Trustee's Response to Defendants' Motion for

Protective Order (D.E. 35), heard argument of counsel and is otherwise duly advised in the premises. Based upon the foregoing, the Court

DOES HEREBY ORDER:

1. The motion is granted to the extent that the Press and public shall not be entitled to attend the depositions of Mr. and Mrs. Lippman, scheduled for April 2 and April 9, 2010. Parties in interest in this bankruptcy proceeding shall be entitled to attend the depositions.

2. Upon transcription, the Trustee's counsel shall make the transcripts available to the Press and public.

3. To the extent the parties cannot agree on the location of the deposition, then it shall be held at a court reporter's office.

# # #

Submitted by:

**BERGER SINGERMAN, P.A.**
Charles H. Lichtman, Esq.
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

Copies to:
Charles H. Lichtman
*(Attorney Charles H. Lichtman shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

2721978-1