UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

ROTHSTEIN ROSENFELDT ADLER,

    Debtor.
_____/

Case No. 09-34791-BKC-RBR

HERBERT STETTIN, Chapter 11 Trustee,

    Plaintiff,

v.

STEVEN N. LIPPMAN and MARCY
LIPPMAN,

    Defendants.
_____/

Adv. Pro. No. 09-2549-BKC-RBR-A

### MOTION OF *The Daily Business Review* TO INTERVENE FOR THE PURPOSE OF ENFORCING ITS RIGHT TO ATTEND DEPOSITIONS

ALM Media LLC, publisher of *The Daily Business Review*, South Florida's leading newspaper for lawyers and real estate professionals ("*The Daily Business Review*"), moves to intervene for the limited purpose of enforcing its right to attend depositions in this matter and to obtain the transcripts of any depositions which it was prohibited from attending. The grounds for this Motion are:

1.    ***The Daily Business Review* Has Standing To Intervene.**

*The Daily Business Review* has standing to intervene. The Discovery Practices Handbook adopted by the U.S. District Court for the Southern District of Florida provides for a presumptive right to attend depositions, which right cannot be abridged without a showing and finding by the Court of "compelling reasons" to deny "public access to the proceedings." Section II.A.(2),

Southern District of Florida Discovery Practices Handbook. *See, also, Tribune Co. v. United States*, 784 F.2d 1518, 1521 (11th Cir. 1986) ("The press has standing to intervene in actions to which it is otherwise not a party in order to petition for access to court proceedings and records."); *United States v. Valenti*, 987 F.2d 708, 711-12 (11th Cir. 1993) ("We first note the *Times*'s standing to intervene for purposes of challenging its denial of access to the underlying litigation, even though it otherwise is not a party."); *Newman v. Graddick*, 696 F.2d 796, 800 (11th Cir. 1983) ("This Court has upheld the press's standing to seek access in suits to which it is not a party.").

2.  **There Is No Basis For Denial Of Access To The Depositions.**

The Southern District of Florida mandates public access to depositions absent a showing of "compelling reasons" to limit that right. As a general proposition, pretrial discovery in civil matters must take place in public unless compelling reasons exist for denying the public access to the proceedings." Section II.A.(2), Southern District of Florida Discovery Practices Handbook. Although there has never been any showing of "compelling reasons," the public, including The *Daily Business Review*, has already been prohibited from attending at least one deposition in this adversary proceeding. The *Daily Business Review* is aware that two deponents, Steven and Marcy Lippman, have succeeded in obtaining such an order for their depositions, with the express condition that "upon transcription, the Trustee's counsel shall make the transcripts available to the press and public". [D.E. 40] No showing, much less a showing of compelling reasons, was made in obtaining that order. In addition, no transcript has been provided as ordered and the Lippman deponents now oppose providing the transcripts. Moreover, there is no mechanism for the public to obtain the transcripts for the public, and as the Court can judicially notice, the cost of such transcripts, when compared to the cost of attending

2

and listening, would likely be prohibitive. Finally, substituting stale transcripts which may not be available for weeks or months is a pale substitute for timely access to the depositions as they are being taken.

3. **Conclusion.**

For these reasons, *The Daily Business Review* requests entry of an order directing that: (1) all future depositions be open to the public, including The *Daily Business Review*, until such time as someone demonstrates "compelling reasons" for doing otherwise in a proceeding in which counsel for The *Daily Business Review* has proper notice and an opportunity to be heard on the motion, which must be in writing; and (2) that the subject court reporter be directed to transcribe the two Lippman depositions, if necessary, and provide transcripts of the depositions to *The Daily Business Review* at the expense of the Lippmans.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically to all CM/ECF subscribers for this case on April 13, 2010 and via U.S. Regular Mail, postage prepaid, facsimile, electronic mail and/or overnight delivery, as indicated, to those listed on the attached Service List on April 14, 2010.

Dated: April 13, 2010.                    Respectfully submitted,

**HOLLAND & KNIGHT LLP**
*Attorneys for The Daily Business Review*
701 Brickell Avenue
Suite 3000
Miami, Florida 33131
Telephone:   (305) 374-8500
Facsimile:    (305) 789-7799
E-mail: jose.casal@hklaw.com
E-mail: sbohrer@hklaw.com

By: /s/ Jose A. Casal
    Jose A. Casal (FBN 767522)
    Sanford L. Bohrer (FBN 160643)

# 9328696_v1

## MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso8
Caracas, Venezuela
**(VIA CM/ECF)**

John H. Genovese, Esq.
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
**(VIA CM/ECF)**

Kendall Coffey, Esq.
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com
**(VIA CM/ECF)**

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131
**(VIA U.S. MAIL)**

John G. Bianco, Esq.
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com
**(VIA CM/ECF)**

Alison W. Lehr, Esq.
Grisel Alonso, Esq.
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Alison.Lehr@usdoj.gov
Grisel.alonso@usdoj.gov
**(VIA CM/ECF)**

Jeffrey R. Sonn, Esq.
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida 33394
jsonn@sonnerez.com
**(VIA CM/ECF)**

Office of the US Trustee
51 Southwest First Avenue
Suite 1204
Miami, Florida 33130
**(VIA CM/ECF)**

Thomas Tew, Esq.
Lynn Maynard Gollin, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
lmg@tewlaw.com
**(VIA CM/ECF)**

Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
bs@conradscherer.com
JSilver@conradscherer.com
**(VIA CM/ECF)**

## MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Michael D. Seese, Esq. Hinshaw &
Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
mseese@hinshawlaw.com
**(VIA CM/ECF)**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures – Insolvency
7850 SW 6th Court
Plantation, FL 33324 **(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114 Miami, Fl
33130 **(Via U.S. Mail)**

United Healthcare
Dept.CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906 **(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW -Room 4400
Washington, DC 20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, FL 33132
**(Via U.S. Mail)**

Daniel Mink Ovadia Levy c/o
Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**(Via U.S. Mail)**

William George Salim, Jr.
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
**(VIA CM/ECF)**

USI
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Anthony.gruppo@usi.biz
**(VIA EMAIL)**

Marc Nurik, Esq.
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com
**(VIA EMAIL)**

BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
bamron@bastamron.com
ibast@bastamron.com
**(VIA CM/ECF)**

## MASTER SERVICE LIST
### CASE NO.: 09-34791-BKC-RBR

Mark Bloom, Esq.
John B. Hutton, Esq.
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
bloomm@gtlaw.com
huttoni@gtlaw.com
**(VIA CM/ECF)**

Robert D. Critton, Esq.
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com
**(VIA CM/ECF)**

Roth & Scholl
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
jeff@rothandscholl.com
**(VIA CM/ECF)**

Rogers, Morris & Ziegler, LLP
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
mfbooth@rmzlaw.com
**(VIA CM/ECF)**

Arthur C. Neiwirth, Esq.
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
aneiwirth@qpwblaw.com
**(VIA CM/ECF)**

The Florida Bar
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org
**(VIA CM/ECF)**

Micheal W. Moskowitz, Esq.
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com
**(VIA CM/ECF)**

Francis L. Carter, Esq.
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
flc@katzbarron.com
**(VIA CM/ECF)**

Bradley S. Shraiberg, Esq.
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
bshraiberg@sfl-pa.com
**(VIA CM/ECF)**

Henry S. Wulf, Esq.
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
E-Mail: hwulf@carltonfields.com
**(VIA CM/ECF)**

EMESS Capital, LLC
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
E-Mail: bkatzen@klugerkaplan.com
iberman@klugerkaplan.com
**(VIA CM/ECF)**

## MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Ira Sochet, Trustee
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
E-Mail: pmhudson@arnstein.com
**(VIA CM/ECF)**

Coquina Investments
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
E-Mail: predmond@stearnsweaver.com
**(VIA CM/ECF)**

Michael I. Goldberg, Esq.
Las Olas Centre - Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
E-Mail: Michael.goldberg@akerman.com
Eyal.berger@akerman.com
**(VIA CM/ECF)**

LMB Funding Group c/o
Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
E-Mail: rfurr@furrcohen.com
**(VIA CM/ECF)**

Lawrence A. Gordich, Esq.
Melissa Alagna, Esq.
701 Brickell Ave
Suite 1900
Miami, Florida 33131
Email: Lawrence.gordich@ruden.com
Email: Melissa.alagna@ruden.com
**(VIA CM/ECF)**

Broward County
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
E-Mail: hhawn@broward.org
**(VIA CM/ECF)**

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
E-Mail - steven.solomon@gray-robinson.com
**(VIA CM/ECF)**

Peter F. Valori, Esq.
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
E-mail: pvalori@dvllp.com
**(VIA CM/ECF)**

Canon Financial Services, Inc.
158 Gaither Drive, #200
Mount Laurel, NJ 08054
**(Via US Mail)**

CIT Technology Financing
Services I, LLC
10201 Centurion Parkway North
Jacksonville, FL 32256
**(Via US Mail)**

Gibraltar Private Bank &
Trust Company
220 Alhambra Circle, Suite 500
Coral Gables, FL 33134
**(Via US Mail)**

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055
**(Via US Mail)**

Florida Department of Revenue
501 S. Calhoun Street, Room 201
Carlton Building
Tallahassee, FL 32399
**(Via US Mail)**

## MASTER SERVICE LIST
### CASE NO.: 09-34791-BKC-RBR

Leon County Tax Collector
315 S.Calhoun Street
Suite 210
Tallahassee, FL 32301
**(Via US Mail)**

Miami-Dade County Tax Collectors
140 West Ragler Street, 14th Floor
Miami, FL 33130 **(Via US Mail)**

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
**(Via US Mail)**

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
**(Via US Mail)**

Carpenter & Berger, PL
6400 N. Andrew Ave, Suite 370
Fort Lauderdale, FL 33309
**(Via US Mail)**

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com
**(VIA CM/ECF)**

Darol H. M. Carr, Esq.
99 Nesbit Street
Punta Gorda, FL 33950
dcaiT@farr.com
**(VIA CM/ECF)**

Jane A. Bee, Esq.
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103-6998
bee@blankrome.com
**(VIA EMAIL)**

Roderick F. Coleman, Esq.
400 South Dixie Highway, Suite 121
Boca Raton, FL 33432
rfc@colemanattorneys.com
**(VIA CM/ECF)**

Mark S. Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd, Suite 200
Trevose, PA 19053
mhaltzman@lammrubenstone.com
**(Via Email and U.S. Mail)**