ORDERED in the Southern District of Florida on 05/14/10.



Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

| | |
|---|---|
| In re: | Case No. 09-34791-BKC-RBR |
| ROTHSTEIN ROSENFELDT ADLER, P.A., | Chapter 11 |
| Debtor._____/ | |
| HERBERT STETTIN as Trustee, | Adv. No. 09-2549-BKC-RBR-A |
| Plaintiff, | |
| vs. | |
| STEVEN N. LIPPMAN and MARCY LIPPMAN, | |
| Defendants._____/ | |

## ORDER CLARIFYING THE ORDER GRANTING THE MOTION TO INTERVENE

THIS MATTER came before the Court *sua sponte*. The Court entered an Order Granting the Motion to Intervene filed by the Daily Business Review (the "Order Granting Motion to Intervene") [D.E. 86] on May 13, 2010. This order incorporates and adopts the contents of the Order Granting Motion to Intervene, subject to the following changes. It is

**ORDERED** as follows:

1. The Motion to Intervene [D.E. 63] is **GRANTED** as set forth below.

2. The DBR may intervene in this adversary proceeding for the purpose of petitioning for access to court proceedings and records.

3. Members of the press shall be entitled to attend the Lippmans' depositions, subject to the limitations below.

    A. A properly credentialed reporter may attend the Lippmans' depositions; however, no tape or digital recorder will be allowed in the depositions. The court reporter's transcript will be the only and official record.

    B. No reporter shall make any oral comment whatsoever while the deposition is proceeding or otherwise take any actions that would cause the slightest disruption to the deposition proceeding. This includes recommending, requesting, or passing questions to counsel.

    C. Assuming the depositions occur at the offices of counsel for the Trustee, the press shall physically sit where directed by counsel for the Trustee.

    D. Following the transcription of the deposition testimony, the Trustee may post a copy of the transcript on the Trustee's website being used for administration of this case.

4. This order modifies the March 31 Order [D.E. 40] to any extent the two orders are inconsistent.

5. The Court reserves jurisdiction to enter all such other orders as are necessary to enforce the provisions of this order or to otherwise give it its full meaning and effect.

###

The Clerk shall provide copies to:

Jose Casal, Esq.
Charles Lichtman, Esq.

Patrick Scott, Esq.